United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY AHN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW D. SCARLETT, et al.,<br><br>    Defendants. | Case No. 5:16-cv-05437-EJD<br><br>**ORDER RESETTING DEADLINES AND HEARING DATE**<br><br>Re: Dkt. Nos. 72, 76 |

Plaintiff Jonathan White filed a motion to disqualify counsel on June 26, 2017. Dkt. No. 68. White noticed the motion for hearing on September 7, 2017, which was the earliest available hearing date.

On the same day, White moved for an earlier date for the hearing on his motion to disqualify counsel. Dkt. No. 72. White's former counsel consents to an earlier date as long as it is not before August 8, 2017. Dkt. No. 77 at 2. White's former counsel also requests an extension of time to file its response to White's motion to disqualify. Id. at 2–3; Dkt. No. 76.

1

Case No.: 5:16-cv-05437-EJD
ORDER RESETTING DEADLINES AND HEARING DATE

The Court orders as follows:

1. The September 7 hearing on White's motion to disqualify (Dkt. No. 68) is reset for **9:00 a.m. on August 10, 2017**.

2. The deadline to file an opposition brief in response to White's motion to disqualify is moved from July 10 to **July 18**.

3. The deadline to file a reply brief in support of White's motion to disqualify is moved from July 17 to **July 25**.

**IT IS SO ORDERED.**

Dated: July 6, 2017

EDWARD J. DAVILA
United States District Judge