| | |
|---|---|
| William J. Goines (SBN 61290) <br> goinesw@gtlaw.com <br> Cindy Hamilton (SBN 217951) <br> hamiltonc@gtlaw.com <br> Alice Y. Chu (SBN 264990) <br> chua@gtlaw.com <br> GREENBERG TRAURIG, LLP <br> 1900 University Avenue, Fifth Flor <br> East Palo Alto, CA  94303 <br> Telephone:  (650) 328-8500 <br> Facsimile:  (650) 328-8508 <br> Attorneys for Plaintiffs Gregory Ahn and Cult of 8, Inc. <br><br> Erik L. Jackson (SBN 166010) <br> ejackson@cozen.com <br> COZEN O'CONNOR <br> 601 S. Figueroa Street, Suite 3700 <br> Los Angeles, CA  90017 <br> Telephone:  (213) 892-7961 <br> Attorney for Defendant Jonathan White | Joseph W. Anthony (admitted *pro hac vice*) <br> janthony@anthonyostlund.com <br> Randy G. Gullickson (admitted *pro hac vice*) <br> rgullickson@anthonyostlund.com <br> ANTHONY OSTLUND BAER & LOUWAGIE P.A. <br> 90 South 7th Street, Suite 3600 <br> Minneapolis, MN 55402 <br> Telephone:  (612) 349-6969 <br> Facsimile:  (612) 349-6996 <br><br> Richard Van Duzer (SBN 136205) <br> rvanduzer@fbm.com <br> Aviva J. Gilbert (SBN 300091) <br> agilbert@fbm.com <br> FARELLA BRAUN & MARTEL LLP <br> 235 Montgomery Street, 17th Floor <br> San Francisco, CA 94104 <br> Telephone:  (415) 954-4400 <br> Facsimile:  (415) 954-4480 <br><br> Attorneys for Defendant Matthew D. Scarlett <br><br> Anthony D. Giles (SBN 178876) <br> anthony@anthonygiles.com <br> LAW OFFICE OF ANTHONY GILES <br> 155 Sansome St., Ste. 500 <br> San Francisco, CA  94104 <br> Telephone:  (415) 839-2099 <br> Attorney for Defendant Alcohol by Volume, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Gregory Ahn, an individual, Jonathan White, an individual, Cult of 8, Inc., a California corporation <br><br> Plaintiffs, <br><br> vs. <br><br> Matthew D. Scarlett, an individual, Alcohol By Volume, Inc., a Nevada Corporation, inclusive, <br><br> Defendants. | Case No:  5:16-cv-05437-EJD <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER** |

959845.1

**RECITALS**

  A. This action, along with the related case, *Matthew Scarlett, individually and derivatively on behalf of Alcohol By Volume, Inc. vs. Jonathan White, et al.*, Case No: 5:17-cv-01430-EJD (the "Related Action"), involve disputes, *inter alia*, relating to the ownership and operations of two related corporations, CO8 and Alcohol by Volume, Inc. ("ABV").

  B. In April 2017, a closing occurred on the sale of one of the wine brands to an unrelated party.

  C. Because of disputes about the proper allocation of proceeds from the sale transaction, the parties to this action, along with another unaffiliated entity, agreed to arbitrate before JAMS in San Francisco several issues, relating to the proper distribution of the proceeds from the sale of the brand. That arbitration proceeding is currently pending before JAMS as *Fior di Sole, LLC v. Scarlett, Matthew, et al.*, JAMS Reference No. 1100087495.

  D. Proceedings in this matter have previously been continued in light of the pending JAMS arbitration.

  E. The arbitration hearing is now scheduled for March 19 – 30, 2018.

  F. The parties believe that resolution of the issues in the arbitration is likely to affect resolution of this matter.

  G. There is currently pending before this Court in this action and the Related Action an initial case management conference on October 26, 2017 at 10:00 a.m. Certain filings, including the Joint Case Management Statement and related filings are due to be filed in advance of the case management conference.

  H. The parties believe that it will be efficient and preserve both judicial resources and resources of the parties if the case management conference and current filing deadlines relating to it are continued for a period of 90 days to allow time for the parties to confirm the scope of issues to be determined in the arbitration proceeding and to report back to the Court with a recommendation as to the handling of this action and the Related Action during the pendency of the JAMS arbitration.

  I. This stipulation in no way affects White's motion for disqualification of his former counsel, Greenberg Traurig, which is currently pending before the Court, the subpoena issued to

Greenberg Traurig by White, or arguments or positions concerning White's demand for the file from Greenberg Traurig.

**STIPULATION**

Based upon the above recitals, the parties, through their undersigned counsel, hereby stipulate and request that the Court enter an order as follows:

1. The initial case management conference currently scheduled for October 26, 2017 is continued for a period of 90 days, and the Court shall reschedule the case management conference at a date and time on or after January 24, 2018.

2. All current filing deadlines, specifically including the deadlines for filing of the Joint Case Management Statement, Discovery Plan, and/or Rule 26(f) Report, shall be continued for a period of 90 days.

3. Within 100 days of this Stipulation and Order, the parties shall report to the Court regarding the status of the above-referenced JAMS arbitration and the issues to be determined in it, the impact of that arbitration on this action and the Related Action, and their views as to the appropriate handling of this action and the Related Action during the pendency of the JAMS arbitration.

Dated: October 4, 2017      GREENBERG TRAURIG, LLP

By:*/s/ Cindy Hamilton*
William J. Goines
Cindy Hamilton
Alice Y. Chu
Attorneys for Plaintiffs Gregory Ahn, and
Cult Of 8, Inc.

Dated: October 4, 2017      COZEN O'CONNOR

By:*/s/ Erik L. Jackson*
Erik L. Jackson
Attorney for Plaintiff Jonathan White.

| | | |
|---|---|---|
| Dated: October 4, 2017 | | ANTHONY OSTLUND<br>BAER & LOUWAGIE P.A. |

By:*/s/ Randy G. Gullickson*
   Joseph W. Anthony (admitted *pro hac vice*)
   janthony@anthonyostlund.com
   Randy G. Gullickson (admitted *pro hac vice*)
   rgullickson@anthonyostlund.com
Attorneys for Defendant Matthew D. Scarlett

Dated: October 4, 2017        LAW OFFICES OF ANTHONY GILES

By:*/s/ Anthony Giles*
   Anthony Giles
Attorney for Defendant Alcohol By Volume, Inc.

## **ORDER**

Based upon the above stipulation of the parties, it is hereby ordered that:

1. The initial case management conference currently scheduled for October 26, 2017 is continued for a period of 90 days, and the case management conference is rescheduled to January 4, 2018, ~~2017~~.

2. All current filing deadlines, specifically including the deadlines for filing of the Joint Case Management Statement, Discovery Plan, and/or Rule 26(f) Report, shall be continued and reset in accordance with the rescheduled case management conference.

3. Within 100 days of this Stipulation and Order, the parties shall report to the Court regarding the status of the above-referenced JAMS arbitration and the issues to be determined in it, the impact of that arbitration on this action and the Related Action, and their views as to the appropriate handling of this action and the Related Action during the pendency of the JAMS arbitration.

Dated: October 10, 2017       By: _____
                                                      Edward J. Davila
                                                      United States District judge