UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY AHN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MATTHEW D. SCARLETT, et al.,<br><br>　　　　Defendants. | Case No. 5:16-cv-05437-EJD<br><br>**ORDER RE REDACTION OF ORDER GRANTING JONATHAN WHITE'S MOTION FOR MANDATORY DISQUALIFICATION**<br><br>Re: Dkt. No. 106 |

The Court's order granting White's motion for disqualification has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than November 9, 2017, and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on November 9, 2017, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: November 2, 2017

EDWARD J. DAVILA
United States District Judge