1 Erik L. Jackson, Esq. (SBN 166010)
COZEN O'CONNOR
2 601 S. Figueroa Street, Ste. 3700
Los Angeles, CA 90017
3 Telephone: 213.892.7900
Facsimile: 213.892.7999
4
Andrew M. Hutchison, Esq. (SBN 289315)
5 COZEN O'CONNOR
101 Montgomery St., Ste. 1400
6 San Francisco, CA 94010
Telephone: 415.593.9625
7 Facsimile: 415.692.3514

8 Attorneys for Plaintiff JONATHAN WHITE

9            UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11              SAN JOSE DIVISION

| | |
|---|---|
| 12 GREGORY AHN, an individual, JONATHAN WHITE, an individual, CULT OF 8, INC., a California corporation,<br><br>13<br><br>14       Plaintiffs,<br><br>15     vs.<br><br>16 MATTHEW D. SCARLETT, an individual, ALCOHOL BY VOLUME, INC., a Nevada corporation, inclusive,<br>17<br><br>18       Defendants. | Case No.: 5:16-cv-05437-EJD<br><br>[Related to Case No. 5:17-cv-01430-EJD]<br><br>**[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE MOTION OF JONATHAN WHITE FOR MANDATORY DISQUALIFICATION OF GREENBERG TRAURIG LLP, WILLIAM J. GOINES AND CINDY HAMILTON, COUNSEL OF RECORD FOR GREGORY AHN AND CULT OF 8, INC.**<br><br>[Filed and Served Concurrently With Administrative Motion to File Under Seal; Declaration of Erik L. Jackson; Unredacted Version of Motion for Mandatory Disqualification of Counsel; and Redacted Version of Motion for Mandatory Disqualification of Counsel] |

19

20

21

22

23

24

25

26

27

28

Pursuant to Northern District Local Rule 79-5, Plaintiff Jonathan White ("White") filed an Administrative Motion to File Under Seal requesting that the Court seal portions of White's Motion for Mandatory Disqualification of Greenberg Traurig LLP, William J. Goines, and Cindy Hamilton, Counsel of Record for Gregory Ahn and Cult of 8, Inc.

To be sealable a document must be privileged or protectable as a trade secret or otherwise entitled to protection under the law. Civ. L.R. 79-5(b). Based upon White's Administrative Motion to File Under Seal, the Declaration of Erik L. Jackson in support, and all materials submitted in support thereof, and other records on file, the Court hereby grants White's Administrative Motion to File Under Seal. Therefore, the Court authorizes the filing under seal of the following:

| Document | Sealable Portion |
|---|---|
| Motion of Jonathan White for Mandatory Disqualification of Greenberg Traurig LLP, William J. Goines, and Cindy Hamilton, Counsel of Record for Gregory Ahn and Cult of 8, Inc. | Pages 6:23-24; 7:8-8:14; 9:20-21; 9:23-10:17; fn. 6, page 11:27-28; 21:3-10; 21:12-20; 22:5-11 |

The documents shall be sealed and not available to the public or to Defendants as the Motion to Disqualify only relates to Greenberg Traurig's prior joint representation of White, Gregory Ahn, and Cult of 8, Inc. and is unrelated to the Defendants.

IT IS SO ORDERED.

Dated:_____November 6_____, 2017

_____
Hon. Edward J. Davila