| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Erik L. Jackson, Esq. (SBN 166010)<br>COZEN O'CONNOR<br>601 S. Figueroa Street, Ste. 3700<br>Los Angeles, CA 90017<br>Telephone: 213.892.7900<br>Facsimile: 213.892.7999<br><br>Andrew M. Hutchison, Esq. (SBN 289315)<br>COZEN O'CONNOR<br>101 Montgomery St., Ste. 1400<br>San Francisco, CA 94010<br>Telephone: 415.593.9625<br>Facsimile: 415.692.3514 |
| 8 | Attorneys for Plaintiff JONATHAN WHITE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY AHN, an individual, JONATHAN WHITE, an individual, CULT OF 8, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW D. SCARLETT, an individual, ALCOHOL BY VOLUME, INC., a Nevada corporation, inclusive,<br><br>Defendants. | Case No.: 5:16-cv-05437-EJD<br><br>[Related to Case No. 5:17-cv-01430-EJD]<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF ERIK L. JACKSON IN SUPPORT OF THE MOTION OF JONATHAN WHITE FOR MANDATORY DISQUALIFICATION OF GREENBERG TRAURIG LLP, WILLIAM J. GOINES AND CINDY HAMILTON, COUNSEL OF RECORD FOR GREGORY AHN AND CULT OF 8, INC.**<br><br>[Filed and Served Concurrently With Administrative Motion to File Under Seal; [Proposed] Order; Unredacted Version of Declaration of Erik L. Jackson in Support of Motion for Mandatory Disqualification of Counsel; and Redacted Version of Declaration of Erik L. Jackson in Support of Motion for Mandatory Disqualification of Counsel] |

1      CASE NO. 5:16-cv-05437-EJD

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION
OF ERIK L. JACKSON IN SUPPORT OF THE MOTION OF JONATHAN WHITE FOR MANDATORY
DISQUALIFICATION OF COUNSEL

Pursuant to Northern District Local Rule 79-5, Plaintiff Jonathan White ("White") filed an Administrative Motion to File Under Seal requesting that the Court seal Exhibits 3 and 4 attached to the Declaration of Erik L. Jackson in Support of White's Motion for Mandatory Disqualification of Greenberg Traurig LLP, William J. Goines, and Cindy Hamilton, Counsel of Record for Gregory Ahn and Cult of 8, Inc.

To be sealable a document must be privileged or protectable as a trade secret or otherwise entitled to protection under the law. Civ. L.R. 79-5(b). Based upon White's Administrative Motion to File Under Seal, the Declaration of Andrew M. Hutchison in support, and all materials submitted in support thereof, and other records on file, the Court hereby grants White's Administrative Motion to File Under Seal. Therefore, the Court authorizes the filing under seal of the following:

| **Document** | **Sealable Portion** |
| --- | --- |
| Declaration of Erik L. Jackson in Support of Motion of Jonathan White for Mandatory Disqualification of Greenberg Traurig LLP, William J. Goines, and Cindy Hamilton, Counsel of Record for Gregory Ahn and Cult of 8, Inc. ("Jackson Decl.") | Exhibit 3 |
| Jackson Decl. | Exhibit 4 |

The documents shall be sealed and not available to the public or to Defendants as the Motion to Disqualify only relates to Greenberg Traurig's prior joint representation of White, Gregory Ahn, and Cult of 8, Inc. and is unrelated to the Defendants.

IT IS SO ORDERED.

Dated: November 6, 2017

Hon. Edward J. Davila

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF ERIK L. JACKSON IN SUPPORT OF THE MOTION OF JONATHAN WHITE FOR MANDATORY DISQUALIFICATION OF COUNSEL