| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| 2 | MICHAEL P. MCNAMARA (SBN 106079) |
|   | mmcnamara@jenner.com |
| 3 | KIRSTEN H. SPIRA (SBN 119885) |
|   | kspira@jenner.com |
| 4 | KATE T. SPELMAN (SBN 269109) |
|   | kspelman@jenner.com |
| 5 | 633 West 5th Street |
|   | Suite 3600 |
| 6 | Los Angeles, CA 90071 |
| 7 | Telephone: 213 239-5100 |
|   | Facsimile: 213 239-5199 |
| 8 | |
|   | Attorneys for Greenberg Traurig, LLP |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GREGORY AHN, an individual, JONATHAN WHITE, an individual, CULT OF 8, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW D. SCARLETT, an individual, ALCOHOL BY VOLUME, INC., a Nevada corporation, inclusive,<br><br>Defendants. | Case No.: 5:16-cv-05437-EJD<br><br>[Related to Case No. 5:17-cv-01430-EJD]<br><br>**[PROPOSED] ORDER GRANTING GREENBERG TRAURIG, LLP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPPOSITION TO MOTION FOR MANDATORY DISQUALIFICATION OF GREENBERG TRAURIG LLP, WILLIAM J. GOINES AND CINDY HAMILTON, COUNSEL OF RECORD FOR GREGORY AHN AND CULT OF 8, INC.** |

Pursuant to the Northern District of California's Local Rules 7-11 and 79-5, on July 18, 2017, Greenberg Traurig, LLP ("GT") filed its Administrative Motion to file under seal portions of GT's Opposition to Motion for Mandatory Disqualification of Greenberg Traurig LLP, William J. Goines, and Cindy Hamilton, Counsel of Record for Gregory Ahn and Cult Of 8, Inc. (the "Opposition").

GT has moved to file under seal portions of its Opposition and the Declarations of Gregory Ahn and William J. Goines in Support of its Opposition, as set forth in the table below. These portions reveal confidential business information of Cult of 8, Inc., namely, the purchase price that Winery Exchange, a third party to this action, paid to acquire the Bread & Butter wine brand (the "Acquisition Purchase Price"). The Acquisition Purchase Price is subject to a confidentiality provision in the Acquisition agreement and constitutes confidential and sensitive business information of the parties to the Acquisition.

Accordingly, based upon GT's Administrative Motion to File under Seal, the Declaration of Kirsten H. Spira in support thereof, and all materials submitted in support thereof, and other records on file, the Court hereby grants GT's Administrative Motion to File under Seal as follows:

| Sections of Opposition to be Sealed | Court's Order |
| --- | --- |
| **Opposition**: page i, line 12; page 8, lines 9, 12; page 9, line 4; page 14, line 10; page 24, line 19. | Granted. |
| **Declaration of Gregory Ahn**: page 6, lines 26-27; page 7, line 3. | Granted. |
| **Declaration of William J. Goines**: page 6, line 13. | Granted. |

Additionally, GT has moved to file under seal portions of its Opposition, and the Declarations of William J. Goines, Cindy Hamilton, Gregory Ahn, and Kirsten H. Spira in Support of the Opposition (collectively, the "Opposition Declarations"), and Exhibits C, F, G, and K to the Declarations of William J. Goines, Cindy Hamilton, and Gregory Ahn, as set forth in the table below. The Opposition, Opposition Declarations, and Exhibits contain or reveal the contents of private communications involving Gregory Ahn, Johnathan White, and their attorney during the course of their joint-representation. Accordingly, these communications should be filed under seal.

Accordingly, based upon GT's Administrative Motion to File under Seal, the Declaration of Kirsten H. Spira in support thereof, and all materials submitted in support thereof, and other records on file, the Court hereby grants GT's Administrative Motion to File under Seal as follows:

| **Sections of Opposition to be Sealed** | **Court's Order** |
| --- | --- |
| **Opposition**: page 2, lines 5-6; page 4, lines 16, 17-20; page 5, lines 17-22, 24-28; page 6, lines 2-5, 9-13, 17-20, 27; page 7, lines 1, 4-5, 6-16; page 13, lines 23-24, 27; page 14, lines 1-2; page 15, lines 4-6, 7-10, 11-13; page 19, lines 6-7, 8-14, 26; page 21, lines 17-21, 21-25; page 22, lines 1, 4-6, 7-8; page 23, lines 9-10, 12-15; page 24, lines 15-16. | Granted. |
| **Declaration of Cindy Hamilton**: page 2, lines 15-18, 19-21, 22-23; page 3, lines 11-12, 14-24; page 4, lines 7-8. | Granted. |
| **Exhibit C to Declaration of Cindy Hamilton** | Granted. |
| **Declaration of William J. Goines**: page 3, lines 15-16, 17-25; page 4, lines 9-18, 25-26; page 5, lines 1-2. | Granted. |
| **Exhibit F to Declaration of William J. Goines** | Granted. |
| **Exhibit G to Declaration of William J. Goines** | Granted. |
| **Declaration of Gregory Ahn**: page 4, lines 11, 13-20, 23-27; page 5, lines 1-5, 8-10, 15-16, 18-21; page 6, lines 11-14. | Granted. |
| **Exhibit K to Declaration of Gregory Ahn** | Granted. |

[PROPOSED] ORDER GRANTING GREENBERG TRAURIG LLP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| **Declaration of Kirsten H. Spira**: page 3, lines 7-10. | Granted. |

**IT IS SO ORDERED.**

Dated: <u>Nov. 6</u>, 2017

_____
The Honorable Edward J. Davila