JENNER & BLOCK LLP
MICHAEL P. MCNAMARA (SBN 106079)
mmcnamara@jenner.com
KIRSTEN H. SPIRA (SBN 119885)
kspira@jenner.com
KATE T. SPELMAN (SBN 269109)
kspelman@jenner.com
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
Telephone: 213 239-5100
Facsimile: 213 239-5199

Attorneys for Greenberg Traurig, LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GREGORY AHN, an individual, JONATHAN WHITE, an individual, CULT OF 8, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW D. SCARLETT, an individual, ALCOHOL BY VOLUME, INC., a Nevada corporation, inclusive,<br><br>Defendants. | Case No.: 5:16-cv-05437-EJD<br><br>[Related to Case No. 5:17-cv-01430-EJD]<br><br>**[PROPOSED] ORDER GRANTING GREENBERG TRAURIG, LLP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF GREENBERG TRAURIG, LLP'S LOCAL RULE 7-3(d)(1) OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF REPLY RE MOTION FOR MANDATORY DISQUALIFICATION OF GREENBERG TRAURIG LLP, WILLIAM J. GOINES AND CINDY HAMILTON, COUNSEL OF RECORD FOR GREGORY AHN AND CULT OF 8, INC.** |

Pursuant to the Northern District of California's Local Rules 7-11 and 79-5, on August 1, 2017, Greenberg Traurig, LLP ("GT") filed its Administrative Motion to file under seal portions of GT's Local Rule 7-3(d)(1) Objections to Evidence Submitted in Support of Reply Re Motion for Mandatory Disqualification of Greenberg Traurig LLP, William J. Goines and Cindy Hamilton, Counsel of Record for Gregory Ahn and Cult Of 8, Inc. (the "Evidentiary Objections"), as set forth in the table below.

These portions of GT's Evidentiary Objections contain or reveal the contents of private communications involving Gregory Ahn, Johnathan White, and their attorney during the course of their joint-representation. Accordingly, these communications should be filed under seal.

Accordingly, based upon GT's Administrative Motion to File under Seal, the Declaration of Kirsten H. Spira in support thereof, and all materials submitted in support thereof, and other records on file, the Court hereby grants GT's Administrative Motion to File under Seal as follows:

| Sections of Opposition to be Sealed | Court's Order |
|---|---|
| **Evidentiary Objections**: page 1, lines 4, 7-8; page 2, lines 21-22, 26-27; page 3, lines 1-5, 20-23; page 4, lines 2-4, 5-9, 10-15, 16-21, 22-25; page 5, lines 2-5, 10-13. | Granted. |

**IT IS SO ORDERED.**

Dated: Nov. 6, 2017

_____

The Honorable Edward J. Davila