Erik L. Jackson, Esq. (SBN 166010)
COZEN O'CONNOR
601 S. Figueroa Street, Ste. 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Andrew M. Hutchison, Esq. (SBN 289315)
COZEN O'CONNOR
101 Montgomery St., Ste. 1400
San Francisco, CA 94010
Telephone: 415.593.9625
Facsimile: 415.692.3514

Attorneys for Plaintiff JONATHAN WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY AHN, an individual, JONATHAN WHITE, an individual, CULT OF 8, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW D. SCARLETT, an individual, ALCOHOL BY VOLUME, INC., a Nevada corporation, inclusive,<br><br>Defendants. | Case No.: 5:16-cv-05437-EJD<br><br>[Related to Case No. 5:17-cv-01430-EJD]<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO SUBMIT PROPOSED REDACTIONS TO ORDER GRANTING JONATHAN WHITE'S MOTION FOR MANDATORY DISQUALIFICATION**<br><br>[Filed and Served Concurrently With Motion for Enlargement of Time to Submit Proposed Redactions to Order Granting Jonathan White's Motion for Mandatory Disqualification; Declaration of Andrew M. Hutchison] |

Pursuant to Northern District Local Rules 6-1(b) and 6-3, Plaintiff Jonathan White ("White") filed a Motion for Enlargement of Time to Submit Proposed Redactions to Order Granting Jonathan White's Motion for Mandatory Disqualification.

GOOD CAUSE APPEARING, White's Motion for Enlargement of Time is granted. The Court hereby vacates the deadline of November 9, 2017, for the parties to meet and confer about potential redactions, and vacates the deadline of 11:59 p.m. on November 9, 2017, for the parties to submit proposed redactions to the Court's November 2, 2017 Order granting White's Motion for Mandatory Disqualification of Greenberg Traurig, LLP filed under seal [Dkt. No. 106]. The time to meet and confer regarding potential redactions to the Court's November 2, 2017 Order is hereby extended to seven (7) days after new counsel file notices of appearance on behalf of Plaintiff Gregory Ahn and Cult of 8, Inc., respectively. The time to submit proposed redactions to the Court's November 2, 2017 Order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order, is hereby extended to 11:59 p.m. on the seventh day after new counsel file notices of appearance on behalf of Plaintiff Gregory Ahn and Cult of 8, Inc., respectively. If no proposed redactions are received by 11:59 p.m. on such date, the Court shall unseal the November 2, 2017 Order in its entirety.

IT IS SO ORDERED.

Dated: November 13, 2017

EDWARD J. DAVILA
United States District Judge