UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY AHN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MATTHEW D. SCARLETT, et al.,<br><br>　　　　　Defendants. | Case No. 5:16-cv-05437-EJD<br><br>**ORDER RE: REDACTIONS TO ORDER GRANTING JONATHAN WHITE'S MOTION FOR MANDATORY DISQUALIFICATION**<br><br>Re: Dkt. Nos. 123, 126 |

On November 2, 2017, this Court granted Plaintiff Jonathan White's motion to disqualify the law firm that jointly represented him and his co-Plaintiff Gregory Ahn in this case. Dkt. No. 106.

The Court filed the order under seal because it contained information that the parties had previously filed under seal. The Court directed the parties to submit proposed redactions to the order. Dkt. No. 107.

The parties submitted their proposed redactions on November 27, 2017. Dkt. No. 123. The parties also identified a typographical error in the order on page 5 at line 15, where the citation to Dkt. No. 11 should have referred to Dkt. No. 18. The Court has corrected this error and posted an amended version of the disqualification order at Dkt. No. 126.

The Court accepts the parties' proposed redactions as described in Dkt. No. 123. By **December 7, 2017, at 5:00 p.m.**, the parties shall file a version of the amended disqualification order (Dkt. No. 126) containing their redactions as proposed.

**IT IS SO ORDERED.**

Dated: December 1, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-05437-EJD
ORDER RE: REDACTIONS TO ORDER GRANTING JONATHAN WHITE'S MOTION FOR MANDATORY DISQUALIFICATION

2